PD-0524-15

PD-0524-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/5/2015 12:49:28 PM
Accepted 5/6/2015 1:01:24 PM
ABEL ACOSTA
CLERK

**NO.** _____

# IN THE
# COURT OF CRIMINAL APPEALS
# FOR THE STATE OF TEXAS

## RONNIE M. BARNARD
**Appellant**
**v.**
## STATE OF TEXAS
**Appellee**

Appeal from the 54th District Court of McLennan County, Texas
No. 2013-631-C2 and
No. 07-13-00355-CR in the Seventh Court of Appeals for the State of Texas

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

LAW OFFICE OF STAN SCHWIEGER
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com

**RONNIE M. BARNARD**, Appellant moves for an extension to file Appellant's Petition for Discretionary Review:

## I.

RONNIE M. BARNARD moves this Court to allow an extension of THIRTY (30) days to file his Petition for Discretionary Review.[1] Appellant was convicted of the offense of Aggravated Sexual Assault of a Child - Counts 1-5, Indecency with a Child by Contact - Counts 6-9, 12 and Sexual Assault of a Child - Counts 10, 11 and 13. Mr. Barnard was sentenced to life sentences on each count, imposed consecutively in the of Texas Department of Criminal Justice.[2] The sentencing took place on September 13, 2013. The Seventh Court of Appeals issued its opinion on April 8, 2015, denying Appellant's requested relief.[3]

---

[1]     TEX. R. APP. P. 68.2(c).

[2]     *State v. Ronnie M. Barnard*, No. 2013-631-C2 (54th Dist. Ct., McLennan County, Tex. Sept. 13, 2013).

[3]     *Barnard v. State*, No. 07–13–00355–CR, 2015 WL 1566734 (Tex. App.—Amarillo Apr. 8, 2015, no pet. h.) (mem. op., not designated for publication).

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A. ***The deadline for filing the Petition for Discretionary Review***:[4] May 8, 2015.

B. ***The length of the extension sought***:[5] Thirty (30) days - June 8, 2015.

C. ***The facts relied upon to reasonably explain the need for the extension***:[6]

I am a sole practitioner with a concentration in criminal defense, with both federal and state matters. In addition, I carry a heavy caseload both at the state and federal levels. During the pendency of this appeal, I prepared for several trials and other criminal hearings. I am currently preparing for trial in the district courts of McLennan County, Texas on several matters. In addition, during the pendency of this matter, I took a one week vacation.

D. ***Number of previous extensions granted for previous Petitions for Discretionary Review***:[7] None.

---

[4] TEX. R. APP. P. 10.5(b)(1)(A).

[5] TEX. R. APP. P. 10.5(b)(1)(B).

[6] TEX. R. APP. P. 10.5(b)(1)(C).

[7] TEX. R. APP. P. 10.5(b)(1)(D)

**III.**

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in allowing to timely file the Petition.

## REQUEST FOR RELIEF

Appellant requests that this Court grant his Motion and extend the deadline for filing Appellant's Petition For Discretionary Review to June 8, 2015 or that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

*/s/ Stan Schwieger*

Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

# CERTIFICATE OF SERVICE

A copy of this Motion was delivered to Mr. Sterling Harmon, McLennan County District Attorney's Office on May 6, 2015 by this Court's electronic filing service at sterling.harmon@co.mclennan.tx.us .


/s/ Stan Schwieger

Stan Schwieger